JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO GONZALEZ ORTEGA,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., et al.,<br><br>Defendants. | Case No.  CV 23-8530-GW-AJRx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 7, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE